**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


IN RE: PEDRO REYES-BURGADO, : No. 112 EM 2017
:
Petitioner :
:
:
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
COURT OF COMMON PLEAS OF :
PHILADELPHIA, :
:
Respondent :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.